2 *Buch.*                    Helmuth *v.* Helmuth.

*Messrs. Coult & Smith,* for the appellant.

*Mr. Chauncey G. Parker,* for the respondent.

*For reversal*—None.

---

HENRY HELMUTH, appellant,

*v.*

LOUISE HELMUTH, respondent.

[Submitted March 26th, 1907.   Decided June 17th, 1907.]

On appeal from a decree of the court of chancery, advised by Vice-Chancellor Bergen.

*Messrs. Weller & Lichtenstein,* for the appellant.

*Mr. Harry W. Lange,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons set forth in the opinion delivered by Vice-Chancellor Bergen in the court below.

*For affirmance*—THE CHIEF-JUSTICE, FORT, HENDRICKSON, PITNEY, SWAYZE, REED, TRENCHARD, BOGERT, VREDENBURGH, GREEN, GRAY, DILL—12.

*For reversal*—GARRISON, VROOM—2.